# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MES INTERNATIONAL, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-14109 <br><br> Related to Docket No. __ |
| In re: <br><br> GSI GROUP INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-14110 <br><br> Related to Docket No. __ |
| In re: <br><br> GSI GROUP CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-14111 <br><br> Joint Administration Requested <br><br> **Related to Docket No. 4** |

## ORDER APPROVING MOTION OF DEBTORS FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(B) AND LOCAL RULE 1015-1

Upon the motion (the "Motion")[2] of the above-captioned Debtors for entry of an order authorizing the joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 for procedural purposes only, as set forth more fully in the Motion; and upon the Declaration of Sergio Edelstein, Ph.D. in Support of First Day Pleadings, filed contemporaneously with this Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Motion.

585378.8 11/23/09

proper before this Court under 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding as defined in 28 U.S.C. § 157(b); and due and proper notice having been given to the parties listed herein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and equity security holders; and upon all of the proceedings had before the Court and upon due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-14109 (PJW); and it is further

ORDERED that nothing contained in this Order shall be interpreted as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered chapter 11 cases shall be:

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MES INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 09-14109 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

and it is further

ORDERED that a docket entry shall be made in each of the Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of MES International Inc., GSI Group Inc., and GSI Group Corporation. The docket in the chapter 11 case of MES International, Inc., Case No. 09-14109 (PJW) should be consulted for all matters affecting this case.

and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters pertaining to the interpretation and implementation of this Order.

Dated: Nw. 23, 2009

_____
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.